UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM WATCH, INC.,<br><br>                Plaintiff,<br>v.<br><br>ROBERT S. MUELLER, et al.,<br><br>                Defendants. | Civil Action No. 18-cv-88 |

**PLAINTIFF'S THIRD SUPPLEMENT AND UPDATE TO JOINT STATUS REPORT OF MARCH 30, 2018**

It would appear that there are continuing grand jury leaks to the media by Special Counsel Robert Mueller and his staff. *See* Exhibits 1, 2, and 3. Notwithstanding this, Plaintiff Freedom Watch, Inc. is entitled to communications by the office of the Special Counsel to and with the media, and these records should respectfully be produced in the next ten days, as none are exempt under the Freedom of Information Act ("FOIA"), and Defendants have now had 4 months to comply with the FOIA request, on which Plaintiff asked for expedited treatment pursuant to 5 U.S.C. § 552(a)(6)(B). This matter is of extreme public interest.

Dated: May 9, 2018                                    Respectfully submitted,

                                                                    */s/ Larry Klayman*
                                                                    Larry Klayman, Esq.
                                                                    Freedom Watch, Inc.
                                                                    D.C. Bar No. 334581
                                                                    2020 Pennsylvania Ave, NW
                                                                    Suite 345
                                                                    Washington, DC, 20006
                                                                    Tel: (310) 595-0800
                                                                    Email: leklayman@gmail.com

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 9th day of May, 2018, a true and correct copy of the foregoing was filed and served via CM/ECF to all counsel and parties of record.

                                            */s/ Larry Klayman*