# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT S. MUELLER III ) | |
| Special Counsel ) | |
| U.S. Department of Justice ) | |
| 950 Pennsylvania Ave., N.W., Rm. B-103 ) | |
| Washington, D.C. 20530, ) | |
| ) | |
| and ) | Civ. Action No. 1:18-cv-00088 (ES) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE ) | |
| 950 Pennsylvania Ave., N.W. ) | |
| Washington, D.C. 20530, ) | |
| ) | |
| and ) | |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION ) | |
| 170 Marcel Drive ) | |
| Winchester, VA 22602, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated November 2, 2018, the parties respectfully submit the following joint status report to recommend further proceedings in the above-captioned matter.

**Plaintiff's Position**

Plaintiff will be filing a written brief showing that all responsive records have not been produced and that there are numerous unwarranted redactions in what was produced. This will be filed on or before December 15, 2018, and will also set forth good

cause for discovery of the alleged search, which admittedly was defective given Defendants' eleventh hour claims of an alleged computer/email glitch which corrupted the search, and perhaps worse.

Until these issues are discovered, summary judgment briefing is unwarranted at this time and would waste valuable court resources and time as well as run up legal fees and costs for plaintiff, a non-profit foundation.

**Defendants' Position**

1.  Defendants have completed processing of the documents responsive to Plaintiff's Freedom of Information Act ("FOIA") request and have provided Plaintiff with all responsive, non-exempt material.

2.  Now that Defendants have completed their production, this proceeding should be resolved on summary judgment. *See Brayton v. Ofc. Of the Trade Rep.*, 651 F.3d 521, 527 (D.C. Cir. 2011).

3.  Defendants respectfully propose the following summary judgment briefing schedule:

    a.  Defendants file their Motion for Summary Judgment no later than January 11, 2019.

    b.  Plaintiff files its Combined Opposition to Defendants' Motion for Summary Judgment and Cross-Motion for Summary Judgment no later than February 11, 2019.

    c.    Defendants file their Combined Reply in Support of Defendants' Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary judgment no later than March 4, 2019.

    d.    Plaintiff files its Reply in Support of its Motion for Summary Judgment no later than March 25, 2019.

Dated: November 19, 2018

*/s/ Larry Klayman*
LARRY KLAYMAN
D.C. Bar No. 334581
Freedom Watch, Inc.
2020 Pennsylvania Ave., NW., Ste. 345
Washington, D.C. 20006
Telephone: (310) 595-0800
E-mail: leklayman@gmail.com

*Attorney for Plaintiff*

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-0878
Facsimile: (202) 616-8470
E-mail: Bradley.Humphreys@usdoj.gov

*Attorneys for Defendants*