# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| ROBERT S. MUELLER III<br>Special Counsel<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W., Rm. B-103<br>Washington, D.C. 20530, | ) |
| and | ) Civ. Action No. 1:18-cv-00088 (ES) |
| U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530, | ) |
| and | ) |
| FEDERAL BUREAU OF<br>INVESTIGATION<br>170 Marcel Drive<br>Winchester, VA 22602, | ) |
| Defendants. | ) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's Minute Order dated January 3, 2019, Defendants submit this status report to recommend further proceedings in the above-captioned matter. Because the Court ordered the parties to submit a joint status report, the undersigned attempted to contact counsel for Plaintiff to discuss a briefing schedule. Counsel for Plaintiff, however, has not responded to the undersigned's repeated attempts to contact him by email and telephone. Accordingly, to comply with the Court's Minute Order as closely as possible, Defendants submit this status report without knowing Plaintiff's position.

Defendants propose the following summary judgment briefing schedule:

a. Defendants shall file their Motion for Summary Judgment no later than March 29, 2019.

b. Plaintiff shall file its Combined Opposition to Defendants' Motion for Summary Judgment and Cross-Motion for Summary Judgment no later than April 29, 2019.

c. Defendants shall file their Combined Reply in Support of Defendants' Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary judgment no later than May 29, 2019.

d. Plaintiff shall file its Reply in Support of its Motion for Summary Judgment no later than June 19, 2019.

To the degree Plaintiff objects to Defendants' proposed schedule and files a separate status report seeking a different schedule, Defendants respectfully ask for an opportunity to respond to Plaintiff's proposed schedule in a future filing.

Dated: February 4, 2019                                    Respectfully submitted,

                                                           CHAD A. READLER
                                                           Principal Deputy Assistant Attorney
                                                           General

                                                           ELIZABETH J. SHAPIRO
                                                           Deputy Director, Federal Programs Branch

        */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-0878
Facsimile: (202) 616-8470
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*